**Order filed, March 8, 2018.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-18-00128-CV
_____

## JOHN O'HERN, TINA DOOLEY, ANTIONETTE D. GREEN, AND LESLIE PERRYMAN, Appellant

### V.

## KHALED MUGHRABI, Appellee

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2017-77498**

## ORDER

The reporter's record in this case was due February 23, 2018 . *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cynthia Martinez, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM